UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:20-cv-24714-PCH

WINDY LUCIUS,

    Plaintiff,

v.

VITAMIN WORLD USA CORPORATION,
a foreign for-profit corporation,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Windy Lucius and Defendant Vitamin World USA Corporation (collectively, the "Parties") hereby stipulate to the dismissal of all of Plaintiff's claims in this action *with prejudice*. The Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to the form and content of this Stipulation and the attached proposed Order.

Dated: February 23, 2021.

Respectfully submitted,

| | |
|---|---|
| */s/ J. Courtney Cunningham* | */s/ Dennis M. McClelland* |
| J. Courtney Cunningham, Esq. | Dennis M. McClelland |
| Florida Bar No. 628166 | Florida Bar No. 0091758 |
| cc@cunninghampllc.com | dennis.mcclelland@phelps.com |
| J. COURTNEY CUNNINGHAM, PLLC | PHELPS DUNBAR LLP |
| 8950 SW 74th Court, Suite 2201 | 100 South Ashley Drive, Suite 2000 |
| Miami, Florida 33156 | Tampa, Florida 33602 |
| Telephone: 305-351-2014 | Telephone: (813) 472-7550 |
| | Facsimile: (813) 472-7570 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 23, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record as identified on the service list below via transmission of Notice of Electronic Filing.

*s/ Dennis M. McClelland*
Attorney for Defendant

## SERVICE LIST

J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL  33156
T:  305-351-2014
cc@cunninghampllc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:20-cv-24714-PCH

WINDY LUCIUS,

    Plaintiff,

v.

VITAMIN WORLD USA CORPORATION ,

    Defendant.

_____/

### [PROPOSED] ORDER OF DISMISSAL *WITH PREJUDICE*

**THIS CAUSE** came before the Court on the Plaintiff Windy Lucius and Defendant Vitamin World USA Corporation's Joint Stipulation of Dismissal *with Prejudice*, and the Court having considered same, having reviewed the file, and being otherwise advised in the premises, hereby **ORDERS AND ADJUDGES**:

    1.    The above-styled action is hereby **DISMISSED *WITH PREJUDICE***;

    2.    The Clerk shall deny any pending Motions as moot; and

    3.    Each party shall bear its and her own attorneys' fees, expert fees, paralegals' fees, and costs.

    4.    The Court shall retain jurisdiction regarding issues relating to the enforcement of the settlement agreement reached by the parties.

- 4 -

**DONE AND ORDERED** in Chambers, at Miami-Dade County, Florida this _____ day of 2021.

_____
Paul C. Huck
United States District Judge

cc: All counsel of record