UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:20-cv-24714-PCH

WINDY LUCIUS,

    Plaintiff,

v.

VITAMIN WORLD USA CORPORATION,

    Defendant.

_____/

**CLOSED CIVIL CASE**

## ORDER OF DISMISSAL WITH PREJUDICE

The matter before the Court is Plaintiff Windy Lucius and Defendant Vitamin World USA Corporation's Joint Stipulation of Dismissal with Prejudice [ECF No. 13]. Having reviewed the file, and being otherwise advised in the premises, it is

**ORDERED AND ADJUDGED** that the above-styled action is hereby **DISMISSED WITH PREJUDICE**; that the Clerk **SHALL** deny any pending motions as **MOOT**; that each party **SHALL** bear its and her own attorneys' fees, expert fees, paralegals' fees, and costs; and that the Clerk **SHALL CLOSE** this case. The Court shall retain jurisdiction regarding issues relating to the enforcement of the settlement agreement reached by the parties.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on February 24, 2021.

_____
Paul C. Huck
United States District Judge

cc: All counsel of record